

# NUMBER 13-11-00039-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**PORT NECHES POLICE ASSOCIATION,**                     **Appellant,**

**v.**

**CITY OF PORT NECHES,**                                  **Appellee.**

### On appeal from the 172nd District Court
### of Jefferson County, Texas.

# MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Port Neches Police Association, perfected an appeal from a judgment entered by the 172nd District Court of Jefferson County, Texas, in cause number E-185,220. Appellant has filed an unopposed motion to dismiss the appeal on grounds that the parties have reached a settlement. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's unopposed motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
12th day of January, 2012.